675 A.2d 1210

**John S. LITCHFIELD and Christie Litchfield, husband and wife**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, Woodward Township and Daniel Jackson, t/d/b/a Dan's Auto Repair and Sales**

**v.**

**Ashley P. MOYER.**

**Appeal of COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION.**

Supreme Court of Pennsylvania.

Argued May 1, 1996.

Decided May 17, 1996.

Jay W. Stark, for Dept. of Transp.

Raymond E. Ginn, Jr., for Litchfield et ux.

Bret J. Southard, for Moyer.

Before FLAHERTY, ZAPPALA, CAPPY, CASTILLE and NIGRO, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NIX, C.J., and NEWMAN, J., did not participate in the consideration or decision of this case.

ZAPPALA and CASTILLE, JJ., dissent.